UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DALE FRANCIS MCKISSICK** | **CIVIL ACTION NO. 15-0133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WYDETTE WILLIAMS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is a civil rights complaint filed by *pro se* Plaintiff Dale Francis McKissick ("McKissick"), pursuant to 42 U.S.C. §1983 on January 23, 2015. When he filed this Complaint he was a prisoner in the custody of the Louisiana Department of Corrections who was confined at the Claiborne Parish Detention Center, but he complained about incidents that occurred when he was incarcerated at the River Bend Detention Center ("RBDC"). He sued East Carroll Parish Sheriff Wydette Williams, RBDC Warden Johnny Hedgeman, and Lt. Christopher Jones.

On October 22, 2015, Magistrate Judge Hayes issued a Report and Recommendation in which she recommended that this Court dismiss McKissick's Complaint with prejudice as frivolous and for failing to state a claim for which relief may be granted. [Doc. No. 20].

On November 3, 2015, McKissick's objections to the Report and Recommendation [Doc. No. 21] were filed in the record of this matter.

Having conducted an independent review of the record, the Court determines that Magistrate Judge Hayes' findings are correct under the applicable law and hereby ADOPTS her Report and Recommendation. The Court issues this Ruling to address to issues raised in McKissick's objections.

First, in addition to his other allegations addressed by Magistrate Judge Hayes, McKissick contends that Lt. Jones' actions aggravated a preexisting shoulder injury and caused "harm." However, McKissick fails to specify what harm he suffered or provide sufficient facts to establish that he suffered a compensable physical injury.

Second, at the end of his objections, McKissick requests "a copy of his § 1983 . . . and/or, allow him to amend his § 1983 to state claims upon which 8th amendment claims would be granted relief sought." [Doc. No. 21, p. 7]. To the extent that McKissick is requesting a copy of the § 1983 Complaint he originally filed in this matter, his request is granted, and the Clerk of Court is instructed to forward the requested copy to him at his last known place of confinement. To the extent that he moved to amend his Complaint by virtue of his objections, his request is also GRANTED. However, to the extent that he moves for a delay in order to allow him to file further pleadings, his request is DENIED. He is aware of the factual bases for his claims, and has had a sufficient opportunity to provide those facts to the Court, as well as to make any arguments he wishes. He offers no reason for further amendment other than to "state claims upon which 8th amendment claims would be granted." [Doc. No. 21, p. 7].

MONROE, LOUISIANA, this 17th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE