UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DALE FRANCIS MCKISSICK** | **CIVIL ACTION NO. 15-0133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WYDETTE WILLIAMS, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

After an independent review of the record, including Plaintiff's objections, for those reasons set forth in Magistrate Judge Hayes' Report and Recommendation, which the Court finds to be correct under the law, and for the additional reasons in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

IT IS FURTHER ORDERED that the Clerk of Court provide a copy of the Complaint, along with this Court's Ruling and Judgment, to Plaintiff at his last known address.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

MONROE, LOUISIANA, this 17th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE